IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 1:98cr49-SPM/AK

DANIEL K. GARCIA,

       Defendant.
_____/

**CORRECTED[1] ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT
AND MOTION TO PROCEED IN FORMA PAUPERIS**

Pending before the Court is Defendant Daniel K. Garcia's Motion for Relief from Judgment or Order R. 60(b) and Motion to Proceed in Forma Pauperis. Because the motion for relief from judgment is legally frivolous, it is

ORDERED AND ADJUDGED that the motions (doc. 169 and 170) are denied.

DONE AND ORDERED this 16th day of August, 2006.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge

---

[1] This order corrects the title to the order (doc. 172) issued on June 21, 2006, which denied Defendant's motion for relief from judgment (doc. 169) and motion to proceed in forma pauperis (doc. 170).