IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:98cr49-SPM/AK

DANIEL K. GARCIA,

    Defendant.
_____/

**ORDER DISMISSING MOTION TO CORRECT ILLEGAL SENTENCE
AND DENYING CERTIFICATE OF APPEALABILITY**

This cause comes before the Court on Defendant's Motion to Correct Illegal Sentence (doc. 218). Defendant previously filed a motion under 28 U.S.C. § 2255 (doc. 11). The motion was denied by this court (doc. 121) and the United States Court of Appeals for the Eleventh Circuit denied issuance of a certificate of appealability (doc. 139).

Defendant's Motion to Correct Illegal Sentence (doc. 218) is in effect a second § 2255 motion. Defendant has not obtained authorization to file a second § 2255 motion from the United States Court of Appeals for the Eleventh Circuit, which he must do before this Court can entertain his motion. 28 U.S.C. §§ 2255(h) and 2244(b)(3)(A). Accordingly, it is

ORDERED AND ADJUDGED:

1. Defendant's Motion to Correct Illegal Sentence (doc. 218) is dismissed.

2. The Court denies issuance of a certificate of appealability.

DONE AND ORDERED this 21st day of June, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge