IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:98cr49-SPM/AK

DANIEL K. GARCIA,

      Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on Defendant's Motion for Reconsideration. Defendant clarifies that he is seeking review of his sentence under Title 18, United States Code, Section 3742. This Court lacks jurisdiction to review Defendant's sentence on appeal under Section 3742. Such an appeal should be directed to the United States Court of Appeals, Eleventh Circuit. Defendant has already had an appeal, however. See doc. 107 (mandate). Accordingly, it is

ORDERED AND ADJUDGED: Defendant's Motion for Reconsideration (doc. 222) is denied.

DONE AND ORDERED this 28th day of July, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge